**RETURN**

Defendant delivered on
_9/3/02_ to _Fed Courthouse_
at _Bridgeport_ _CT_

_John Badelli_
United States Marshal

by _[signature]_
Deputy

FILED
JUL 19  2 07 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

**RETURN**

Defendant delivered on
_4/4/03_ to _Fed Courthouse_
at _Bridgeport_ _CT_

_John Badelli_
United States Marshal

by _[signature]_
Deputy

WRIT SATISFIED.